**92-1346.** State ex rel. Crenshaw v. Morris. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' motion to take the deposition of Donald Crenshaw, an inmate incarcerated at the Chillicothe Correctional Institution,

IT IS ORDERED by the court that said motion to take deposition be, and the same is hereby, granted, effective August 12, 1992.

DOUGLAS, J., dissents and would dismiss the cause because there is an adequate remedy at law.

**92-1531.** State ex rel. Reichenbach v. Routson. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied, effective August 11, 1992.

WRIGHT, J., not participating.

**92-1577.** George v. Coyne. In Quo Warranto. This cause originated in this court on the filing of a complaint for a writ of quo warranto. Upon consideration of relator's request for temporary restraining order,

IT IS ORDERED by the court that said motion for temporary restraining order be, and the same is hereby, denied, effective August 12, 1992.

## JURISDICTIONAL MOTIONS ALLOWED

**92-823.** Gallimore v. Children's Hosp. Med. Ctr. *Hamilton County,* Nos. C–890808 and C–890824. On motion and cross-motion to certify the record. Cause allowed on Proposition of Law No. I only.

DOUGLAS, J., would allow the entire cause.

MOYER, C.J., SWEENEY and HOLMES, JJ., dissent.

John W. McCormac, J., of the Tenth Appellate District, sitting for RESNICK, J.

**92-948.** Ohio Office of Collective Bargaining v. Ohio Civil Serv. Emp. Assn., Local 11, AFSCME, AFL–CIO. *Franklin County,* No. 91AP–681. On motion to certify the record and on motion for leave to file *amicus* of Ohio Association of Public School Employees. Motions granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**92-858.** State v. Cadwallader. *Cuyahoga County,* No. 60006. *Sua sponte,* cause dismissed for want of prosecution, effective August 17, 1992.

**92-1165.** Jackson v. Regional Transit Auth. *Cuyahoga County,* No. 60443. *Sua sponte,* cause dismissed for want of prosecution, effective August 17, 1992.

**92-1300.** Warren v. Franklin Twp. Zoning Bd. of Appeals. *Portage County,* No. 91–P–2346. *Sua sponte,* cause dismissed for want of prosecution, effective August 17, 1992.

**92-1442.** Helle v. Peerless Constr. Co. *Wood County,* No. 91–WD–069. Cause dismissed, on appellant's application for dismissal, effective August 18, 1992.

## DISCIPLINARY DOCKET

**92-1342.** Cincinnati Bar Assn. v. Sullivan. On written request of respondent, it is ordered that the time for filing objections is hereby extended to August 10, 1992.

WRIGHT, J., not participating.